JACK RUBENSTEIN, PROSECUTOR, v. GEORGE P. NIMMO, SHERIFF.

CLARENCE MILLER, PROSECUTOR, v. GEORGE P. NIMMO, SHERIFF.

Argued April 20, 1926—Decided May 8, 1926.

On *habeas corpus.*

Before Justice PARKER.

I conclude that on the face of the papers before me, these men are not legally charged with a criminal offense; they will, accordingly, be discharged and the bail exonerated.